# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**GREGORY PASCHAL**                                                 **PLAINTIFF**
**ADC #610385**

v.                  **CASE NO. 4:18-CV-00861 BSM**

**ALVINESS PETERSON, JR, Guard,**
Arkansas Department of Correction                             **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 9] is adopted as to defendants Lewis, Payton, and Kilgore. The section 1983 claims against defendants Lewis, Payton, and Kilgore are dismissed with prejudice, and those defendants are dismissed. Plaintiff Gregory Paschal's objection [Doc. No. 10] is sustained, and he has thirty days from the date of this order to file an amended complaint. The new complaint will replace the current complaint and should re-state all his allegations against defendants Petterson, Long, Hopper, Lowe, and Watson. A certificate of appealability will not issue, and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of March 2019.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE