IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GREGORY PASCHAL,**                                                       **PLAINTIFF**
**ADC #610358**

v.                    **CASE NO. 4:18-CV-00861 BSM**

**ALVINESS PETTERSON, JR.**                                    **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 26] is adopted. Paschal's motion for counsel [Doc. No. 25] is denied, and his complaint [Doc. No. 2] is dismissed without prejudice for failure to serve the defendant. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 10th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE